## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **Case No. 26-CV-1126**

**APPROXIMATELY $18,046.00 IN UNITED STATES CURRENCY,**
**Defendant.**

---

**ORDER**

On October 7, 2026, Magistrate Judge Stephen C. Dries has issued a report and recommendation on the United States of America's motion to strike claimant Andrea Davis's claim and for entry of default judgment. He recommends that I grant both. The decision was served on the claimant that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the claimant had 14 days to file written objections to the order. That time expired on October 28, 2026, without the claimant having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

Accordingly, **IT IS ORDERED** that Magistrate Judge Dries's recommendation is **ACCEPTED**, that the plaintiff's motion to strike claimant Andrea Davis's Claim (ECF No. 14) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge